IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02474-BNB

LEON C. PICKFORD,

    Plaintiff,

v.

ARAPAHOE CNTY [sic] SHERIFF'S DEPT.,
SHERIFF GRAYSON ROBINSON,
DEPUTY NORRIS STAR #02071, and
DEPUTY HERNANDEZ STAR #03079,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

In an order filed on November 28, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence the instant action and directed Plaintiff, Leon C. Pickford, to cure certain enumerated deficiencies. On December 28, 2007, Mr. Pickford attempted to cure one of those deficiencies by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On January 3, 2008, however, Magistrate Judge Boland issued another order noting that it had come to the Court's attention that Mr. Thomas had been released from incarceration, currently was on parole, and appeared to be residing with a grandparent. Therefore, Magistrate Judge Boland directed Mr. Pickford to file within thirty days an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

The January 3, 2008, order pointed out that since Plaintiff had been released from incarceration, his continuing obligation to pay the filing fee was to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). He was informed in the January 3 order that, alternatively, he could elect to pay the $350.00 filing fee in order to pursue his claims in this action. The January 3 order warned Plaintiff that if he failed to file the amended motion and affidavit within thirty days, the complaint and action would be dismissed without further notice. Mr. Pickford has failed within the time allowed to comply with the January 3 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this  14  day of  February , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02474-BNB

Leon C. Pickford
Reg. No. 2761
3055 Monaco Pkwy
Denver, CO 80207

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  2/15/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk